Christopher A. Seeger, Esq.
**Seeger Weiss LLP**
One William Street
New York, NY 10004
(212) 584-0700
Attorneys for Plaintiff

IN THE UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>Pamela Millspaugh,<br><br>    Plaintiff,<br><br>v.<br><br>Pfizer, Inc.,<br><br>    Defendant. | Index No. 07cv0667<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer<br><br><br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff, PAMELA MILLSPAUGH and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

Dated: June 15, 2009  By: _____
                   Christopher A. Seeger, Esquire
                   Seeger Weiss LLP
                   One William Street
                   New York, NY 10004
                   (212) 584-0700

                   *Attorneys for Plaintiff*

Dated: August 6, 2009  By: _____

                   DLA Piper US LLP
                   1251 Avenue of the Americas
                   New York, NY 10020
                   (212) 335-4500

                   *Defendants' Liaison Counsel*

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: _____ August 11 _____, 2009

_____
Hon. Charles R. Breyer
United States District Court

**GRANTED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA